**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7917**

---

ALBERT CHARLES BURGESS, JR.,

Plaintiff - Appellant,

versus

PARKER EVATT, Commissioner of the South Caro-
lina Department of Corrections; T. TRAVIS
MEDLOCK, Attorney General of the State of
South Carolina,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  William B. Traxler, Jr., District
Judge.  (CA-94-1334-10-21BD)

---

Submitted:  March 21, 1996          Decided:  April 10, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Albert Charles Burgess, Jr., Appellant Pro Se.  David Leon
Morrison, ELLIS, LAWHORNE, DAVIDSON & SIMS, P.A., Columbia, South
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint and denying his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. We also find no abuse of discretion in the district court's denial of Appellant's Rule 59(e) motion. Accordingly, we affirm on the reasoning of the district court. <u>Burgess v. Evatt</u>, No. CA-94-1334-10-21BD (D.S.C. Aug. 7, 1995; Sept. 15, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>